1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,        )
                                    )
11          Plaintiff,               )   CASE NO.   CR06-149 RSM
                                    )
12      v.                           )
                                    )
13                                   )   DETENTION ORDER
    MARCELA ZURITA-                  )
14  RODRIGUEZ,                       )
    a/k/a Yency Gonzalez-Quesada     )
15                                   )
            Defendant.               )
16  _____)

17  Offense charged:

18      Count I:    Conspiracy to Distribute Herion and Cocaine, in violation of Title
19                  21 U.S.C., Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846.

20  Date of Detention Hearing: June 29, 2006

21      The Court, having conducted an uncontested detention hearing pursuant to Title
22  18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for
23  detention hereafter set forth, finds that no condition or combination of conditions which the
24  defendant can meet will reasonably assure the appearance of the defendant as required and
25  the safety of any other person and the community.  The Government was represented by
26  Sarah Vogel.  The defendant was represented by Courtney Knudsen.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the drug offense.  The maximum penalty is in excess of ten years.  There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Nothing in this record satisfactorily rebuts the presumption against release:

  (a) Defendant admitted to being in the county illegally.  She is a citizen of Columbia with no ties to the Western District of Washington.

  (b) Her criminal history includes an outstanding warrant for failing to appear and defendant is associated with four aliases and two dates of birth.

(3) Defendant stipulates to detention.

(4) Based upon the foregoing information, which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private

consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of June, 2006.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-