JUDGE MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-149RSM |
| Plaintiff, ) | |
| v. ) | |
| JOSE L. GALINDO-ZURITA, et. al., ) | ORDER CONTINUING PRETRIAL MOTIONS DEADLINE AND TRIAL DATE |
| Defendants. ) | |

On behalf of all parties, the United States filed an Unopposed Motion for Order continuing the pretrial motions due date and the trial date, currently set for July 13 and August 28, 2006, respectively.

This Court's decision is based on the facts stated in the Unopposed Motion and apparent from the record, including the following specific findings:

1. This case is complex and involves two related indictments and nineteen charged conspirators. It stems from a long-term investigation involving multiple agencies, and included the simultaneous execution of over thirty search warrants in two states on the date of arrest. The charges carry the potential for mandatory 10-year, 20-year, or even mandatory life sentences for some defendants, depending on criminal history.

2. This case involves a large volume of discovery that counsel must review prior to trial. Among this discovery is several thousand conversations intercepted over three Court-authorized Title III wire intercepts (wiretaps). Many of these calls are not in English, and

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE
AND TRIAL DATE — 1
United States v. Galindo-Zurita, et al., CR06-149RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

must be translated into English for counsel and the Court.  The translation effort has been complicated by the fact that some calls are in an indigenous language of Southern Mexico, *Mixteco Bajo*, for which English-speaking translators are very difficult to find.  The transcription/translation process in this case is expected to take several months.  A continuance of the motions and trial dates will ensure that counsel has sufficient time to review these telephone calls prior to trial.

3.    Defendants' counsel need additional time to prepare for motions, plea negotiations, and trial, in order to provide defendants with adequate, effective, and continued representation.  Counsel assert that proceeding with the current motions and trial dates would result in a miscarriage of justice.  Counsel agree that an approximate three-month continuance is appropriate and necessary in light of the factors listed above.

4.    Defendants' counsel anticipate that each of their clients will issue a written knowing, voluntary, and intelligent waiver of his/her right to a speedy trial through November, 2006.

5.    In light of the interest of the public in ensuring the accused adequate, effective, and continued representation by counsel presently assigned, this Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.  This Court further concludes that the above findings and bases for continuing the trial comport with 18 U.S.C. § 3161(h) and the United States Supreme Court's recent decision in <u>Zedner v. United States</u>, 126 S. Ct. 1976 (2006).

Accordingly, for the reasons listed above and those apparent from the record, the Unopposed Motion for Continuance is HEREBY GRANTED.

Trial is reset for November 13, 2006 at 9:00 a.m.

Pretrial Motions are due on September 7, 2006.

The Court further finds that time from the filing of the stipulated motion through the new trial date shall be excluded from computation under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii) because the failure to grant the requested continuance would be likely to result in a miscarriage of justice, and because the case is so complex due

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE
AND TRIAL DATE — 2
<u>United States v. Galindo-Zurita, et al.</u>, CR06-149RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  to the number of defendants, the nature of the prosecution, and the existence of novel
2  questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial
3  proceedings or for the trial itself within the time limits established by the Speedy Trial Act.
4       Dated this __18__ day of July, 2006.

                                      RICARDO S. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-7970
Facsimile:   (206) 553-4440
E-mail: Sarah.Vogel@usdoj.gov

Approved on July 10-11, 2006 by:

*s/*
PETER MAZZONE
for Jose L. Galindo-Zurita

*s/*
MICHAEL C. MARTIN
for Karen M. Creech

*s/*
HOWARD PHILLIPS
for Marcela Rodriguez-Zurita

*s/*
BRUCE DAVID ERICKSON
for Rhonda L. Schweitzer

*s/*
WALTER GEORGE PALMER
for Jade Medina-Parra

*s/*
ALLEN R. BENTLEY
for Jeffrey D. French

*s/*
JEFFREY C. GRANT
for Juana Garcia-Rodriguez

*s/*
MARK DAVID MESTEL
for Mary F. Handy

*s/*
PETER K. MAIR
for Dale L. Trisco

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE
AND TRIAL DATE — 3
United States v. Galindo-Zurita, et al., CR06-149RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970